IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOUTHERN ELECTRICAL RETIREMENT )
FUND, )
                                                                          )
      Plaintiff, )
                                                                          ) No. 3:13-cv-827
v. ) Chief Judge Haynes
                                                                          )
J.H. HAYNES ELECTRIC COMPANY, INC., )
                                                                          )
      Defendant. )

## O R D E R

The initial case management conference in this matter is reset for Tuesday, October 1, 2013 at 2:00 p.m.

It is so **ORDERED**.

**ENTERED** this the 12th day of September, 2013.

                                      WILLIAM J. HAYNES, JR.
                                      Chief Judge
                                      United States District Court