IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:13-cv-827 |
| v. | ) ) | Chief Judge Haynes |
| J.H. HAYNES ELECTRIC COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

The initial case management conference in this matter is reset for Tuesday, October 1, 2013 at 2:00 p.m.

It is so **ORDERED**.

**ENTERED** this the 12th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court